IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

DAVID WOOLEY,

      Defendant.

Criminal No. 11-00158
ELECTRONICALLY FILED

### Order of Court

And now, this 7th day of August, 2012, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's (*Pro Se*) Motion Entitled "Notice of Appeal of Magistrate Decision by David Wooley as to Order of Detention" (doc. no. 326) is DENIED. Counsel for Defendant is responsible for mailing a copy of said Memorandum Opinion and Order to Defendant at his place of his incarceration due to illegibility of envelope addressed by Defendant.

                                            s/Arthur J. Schwab
                                            Arthur J. Schwab
                                            United States District Judge

cc: All Registered ECF Counsel and Parties